IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division

| | |
|---|---|
| LACEY UNDERALL LLC, )<br>)<br>  Appellant )<br>vs. )                        8:21-cv-02630-GJH<br>)<br>JANET NEESE, Chapter 7 Trustee )<br>)<br>  Appellee. )<br>) | |

**ORDER EXTENDING DEADLINE TO FILE APPELLANT BRIEF**

WHEREFORE, upon consideration of the Appellant's Consent Motion to Extend Time to File Appellant's Brief, the consent thereto, and good cause being shown, it is hereby this ____ day of _____,

ORDERED, that the Consent Motion to Extend Deadline to File Appellant's Brief is GRANTED;

ORDERED, that the Appellant shall file its opening brief no later than January 5, 2022.

SO ORDERED.

_____
The Honorable George Jarrod Hazel, United States District Court for the District of Maryland

Copies to parties of record.